1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JOHN MARTINEZ,                                      1: 05 CV 0077 AWI DLB P

              Plaintiff,               ORDER DIRECTING PLAINTIFF TO SUBMIT
                                                   USM 285 FORMS

      v.

VASQUEZ, et.al.,

              Defendants.
            _____/

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

action pursuant to 42 U.S.C. § 1983.  Pending before the Court is the complaint filed January 19,

2005.  The complaint appears to state a cognizable claim for relief.   Accordingly, IT IS

HEREBY ORDERED that:

     1.     Service is appropriate for the following defendants:

          I. VASQUEZ

          X. CANO

          C. TERLE

          D. ORTIZ

          A. SCRIBNER

          T. SURGES

     2.     The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6)

          summons, a Notice of Submission of Documents form, an instruction sheet and a

1    copy of the complaint filed January 19, 2005.

2    3.    Within THIRTY (30) DAYS from the date of this Order, plaintiff shall complete

3        the attached Notice of Submission of Documents and submit the completed

4        Notice to the Court with the following documents:

5        a.    Completed summons;

6        b.    One completed USM-285 form for each defendant listed above; and

7        c.    Seven (7) copies of the endorsed complaint filed January 19, 2005.

8    4.    Plaintiff need not attempt service on defendants and need not request waiver of

9        service.  Upon receipt of the above-described documents, the court will direct the

10       United States Marshal to serve the above-named defendants pursuant to Federal

11       Rule of Civil Procedure 4 without payment of costs.

12   5.    The failure to comply with this Order will result in a Recommendation that this

13       action be dismissed.

14   IT IS SO ORDERED.

15   **Dated:    April 28, 2005**                                    _____ **/s/ Dennis L. Beck**_____
     3b142a                                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28