BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
VAN KAMBERIAN (SBN 176665)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3892
 Fax: (916) 324-5205

Attorneys for Defendants Vasquez, Scribner, and Cano
48149286-SA2005300848

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN R. MARTINEZ,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**L. VASQUEZ, et al.,**<br><br>                              Defendants. | CASE NO. CV-F-05-0077 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Good cause appearing, Defendants are granted a 30-day extension of time in which to file a responsive pleading. Defendants' responsive pleading shall be due on or before October 10, 2005.

   IT IS SO ORDERED.

   Dated:   September 12, 2005                    /s/ Dennis L. Beck
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE