# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTINEZ, | 1: 05 CV 0077 AWI DLB P |
|         Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES |
|   v. | |
| VASQUEZ, et.al., | ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY |
|         Defendants. | [DOCS 40, 41] |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 5, 2006, defendants filed a motion to compel responses to interrogatories and requests for production of documents based on plaintiff's failure to respond to the discovery.  On July 26, 2006, plaintiff filed an opposition to the motion and a request for extension of time to respond.  On July 28, 2006, defendants filed a non-opposition to plaintiff's request for an extension of time to respond to their discovery.

Based on the foregoing, defendants' motion to compel is GRANTED.  Plaintiff shall provide responses to defendants' interrogatories and requests for production of documents served on May 2, 2006 on or before September 15, 2006.  The dispositive motion deadline is extended to November 15, 2006.

1

1    IT IS SO ORDERED.

2        **Dated:    July 31, 2006**                        **/s/ Dennis L. Beck**
     3c0hj8                                      UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28