UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTINEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>VASQUEZ, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00077-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 39)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO DISMISS** (Docs. 25 & 32) |

    Plaintiff, John Martinez ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 23, 2006, the Magistrate Judge filed Findings and Recommendations herein that recommended Defendants' motion to dismiss be granted in part and denied in part.  The Findings and Recommendations were served on the parties and contained notice that the parties could file objecitons.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed June 23, 2006,
8 are ADOPTED IN FULL;
9    2.  Defendants Cano, Ortiz, Vasquez, and Terle's motion to
10 dismiss, filed October 7, 2005, and defendant Surges' motion to
11 dismiss, filed November 2, 2005, are GRANTED IN PART and DENIED
12 IN PART as follows:
13       a.  Defendants' motion to dismiss plaintiff's claims
14 for lack of standing is DENIED;
15       b.  Defendants' motion to dismiss plaintiff's claims
16 against them for failure to state a claim is GRANTED; and,
17       c.  This SHALL action proceed against defendant
18 Scribner.

20 IT IS SO ORDERED.
21 **Dated:   September 16, 2006**          **/s/ Anthony W. Ishii**
   0m8i78                                  UNITED STATES DISTRICT JUDGE

2