IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN R. MARTINEZ,** | 1:05-CV-0077 AWI DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **L. VASQUEZ, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant is granted a 30-day extension of time in which to file a motion for summary judgment. Defendant's motion for summary judgment shall be due on or before December 15, 2006.

IT IS SO ORDERED.

   **Dated:   November 16, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE