UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:05-CV-0077 AWI DLB P |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATION FOR |
| v. | ) | VOLUNTARY DISMISSAL |
| | ) | (DOCUMENT #47) |
| L. VASQUEZ, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2006, a stipulation for voluntary dismissal with prejudice was filed with the court containing the signatures of both plaintiff and counsel for defendants. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the above entitled action is dismissed with prejudice as to all defendants.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE